

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
10/02/2015

| | |
|---|---|
| IN RE: | CASE NO. 11–31524 |
| Travis Ronald Jones | CHAPTER 13 |
| Debtor(s) | |

# ORDER TO DEPOSIT FUNDS INTO THE COURT REGISRY

The following motion is GRANTED:

75 – Motion to Deposit Funds into Court Registry. Filed by Trustee David G Peake (Attachments: # 1 Proposed Order) (Peake, David)

These unclaimed funds may be deposited into the Registry of the Court:

Amount: $ 7,786.26
Owed to: CITIBANK

Signed and Entered on Docket: 10/2/15.

by: <u>Kristy Love</u>
Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.